CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 9 2021

JULIA C. DUDLEY, CLERK
BY: /s/ E. Surber
DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21mj40 |
| Jason Kelly Inman | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June through December, 2020__ in the county of __Grayson__ in the __Western__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) & (e) | Traveling in interstate commerce with a motivating purpose of engaging in illicit sexual conduct with another person, and attempting to do so. |
| 18 U.S.C. § 2251(a) & (e) | Enticing and attempting to entice a minor to engage in any sexual explicit conduct for the purpose of producing any visual depiction of such conduct knowing that such visual depiction will be transmitted in or affecting interstate commerce. |

This criminal complaint is based on these facts:

See attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Chad Potter
*Printed name and title*

Sworn to before me ~~and signed in my presence~~ telephonically.

Date: 3/9/21

City and state: Abingdon, VA

_____
*Judge's signature*

Hon. Pamela Meade Sargent, US Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: | )<br>)  No.<br>) |
| Jason Kelly Inman | )<br>) |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Chad Potter, being first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigations (FBI). I have been employed as an FBI Special Agent since October 27, 2019. I received my initial training and instruction at the FBI Academy located in Quantico, Virginia, where I received training regarding violations of the United States criminal statutes. After my initial training, I was assigned to the Richmond Division, Bristol Resident Agency of the FBI. I currently work out of the Bristol, Virginia FBI Field Office. As part of my job duties, I have investigated a variety of criminal cases, including cases involving the possession of child pornography and sexual exploitation of children.

2. As a Special Agent, I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 3052, which specifically authorizes FBI Special Agents, and officials of the FBI, to

make arrests, carry firearms, and serve warrants. Title 18, United States Code, Section 3107, empowers FBI Special Agents and officials to make seizures under warrant for violation of federal statutes.

3. I am investigating the activities of JASON KELLY INMAN (INMAN). I submit this application and affidavit in support of an arrest warrant for INMAN as there is probable cause to believed that he has violated (a) 18 U.S.C. § 2423(b) & (e) by traveling in interstate commerce with a motivating purpose of engaging in illicit sexual conduct with another person, and attempting to do so, and (b) 18 U.S.C. § 2251(a) & (e) by enticing and attempting to entice a minor to engage in any sexual explicit conduct for the purpose of producing any visual depiction of such conduct knowing that such visual depiction will be transmitted in or affecting interstate commerce.

4. The statements in this affidavit are based on information obtained from my observations and investigation, as well as information that I learned from discussions with other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested arrest warrant.

5. INMAN resides in Mount Airy, North Carolina. In June 2020, INMAN contacted two juvenile males, ages 14 (Victim 1), and 16 (Victim 2), who reside in Grayson County, Virginia, which is located in the Western District of Virginia. INMAN communicated with the juvenile victims electronically via Snapchat and the video game Fortnite. Snapchat is a social media application used to send chats, pictures, and videos.

6. INMAN also traveled to the juvenile victims' homes in Grayson County Virginia and met them at the Tastee Freez located in Galax, Virginia.

7. On multiple occasions between in or about June 2020 and at least in or about December 2020, INMAN asked the juvenile males for sexual acts in exchange for gifts, including marijuana, alcohol, vape cartridges, and money. The victims provided to INMAN nude photos and sexually explicit nude videos of themselves through Snapchat.

8. Between in or about June 2020 and at least December 2020 INMAN traveled from Mount Airy, North Carolina to Grayson County, Virginia to provide gifts of alcohol, vape cartridges, and marihuana to the juvenile victims.

9. Victim 1 gave the following statement about INMAN, "a little before Christmas he gave me an iPhone 11 pro max and asked if he could suck my private and I said I don't know."

10. Victim 1 said INMAN "dropped the phone off and went back home and texted me and asked again." Victim 1 said no.

11. Victim 2 reported INMAN came to his house every weekend and brought him marihuana.

12. Victim 2 said he asked INMAN for more marihuana, and INMAN said, "You have to give me something in return." INMAN requested nude pictures from Victim 2 and Victim 2 did send them via Snapchat.

13. Victim 2 sent nude pictures on weekends and INMAN would deliver the marihuana to Grayson County the same weekend, usually the same night or shortly after Victim 2 sent the nude pictures.

14. INMAN then requested videos of Victim 2 masturbating. Victim 2 also said INMAN "Asked him for a blow job, I said no, so he offered to buy me Air Pods and a series 5 Apple Watch." INMAN sent pictures of the Apple Watch saying, "The offer still stands."

15. Victim 2 said INMAN offered him $3,000 to have sex with him.

16. Victim 2 continued to send nude pictures and videos from his home in Grayson County Virginia using Snapchat to INMAN residing in Mount Airy, North Carolina in exchange for marihuana until January 2021.

17. During interviews conducted in and around December 2020 by Grayson County School Resource Officer, Jody Poole, both juvenile males

acknowledged they knew INMAN's age to be 30 years of age, and stated that INMAN was aware of each of their ages because of conversations they had with INMAN.

18. When Grayson County School Resource Officer Poole showed the juvenile males a North Carolina Department of Motor Vehicle (DMV) photograph of INMAN, both juvenile males identified INMAN as the man who had asked them for sexual acts, photographs, and videos, in exchange for the gifts mentioned above. After learning of their method of communication with INMAN, Officer Poole seized their devices as evidence.

19. INMAN was arrested in North Carolina on state charges. INMAN'S cell phone was seized during that arrest. INMAN was released on bond with a hearing date scheduled in May 2020.

20. State search warrants were obtained for INMAN'S cellular phone as well as the phones he provided to the juvenile victims. Virginia State Police is currently conducting forensic downloads of those devices. State search warrants were also obtained for the social media accounts used to communicate between the victims and INMAN.

21. Special Agent Jeremy Fautz with the Virginia State Police High Tech Crimes Division located a 16GB SD card in INMAN'S cellular telephone. In the data recovered from the SD card taken from INMAN'S cellular telephone, Special

Agent Fautz recovered 12 images and 11 videos depicting prepubescent nude males exposing and touching their exposed genitals.

## CONCLUSION

22. Based upon the contents of this affidavit, I respectfully submit there is probable cause to believe that JASON KELLY INMAN has violated 18 U.S.C. § 2423(b) & (e) and 18 U.S.C. § 2251(a) & (e).

23. Therefore, I respectfully request that the court issue a warrant authorizing the arrest of JASON KELLY INMAN of Mt. Airy, North Carolina, for the above violations.

_SA Chad Potter_
Chad Potter, Special Agent
Federal Bureau of Investigation
United States Department of Justice

Sworn to and subscribed before me this ~~telephonically~~ 9th day of March, 2021.

_Pamela Meade Sargent_
Hon. Pamela Meade Sargent
UNITED STATES MAGISTRATE JUDGE

Reviewed by: Randy Ramseyer, AUSA